Harry W. Link, by Guardian, Respondent, v. Jay W. Sheldon and others, Appellants. —

## FOURTH DEPARTMENT, APRIL TERM, 1892.

Judgment and order affirmed, with costs. Opinion by Merwin, J.